SIMON HIRSHBACH, Appellant, *v.* ALEXANDER P. KETCHUM, Respondent.

Reported below, 84 App. Div. 258.
(Argued February 8, 1904; decided February 16, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered June 13, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at Special Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal, the exceptions being frivolous and there being no question of law to review.

*William P. Maloney* for motion.

*Samuel H. Guggenheimer* opposed.

Motion denied, with ten dollars costs.